

| | | | |
|---|---|---|---|
| Project Name | | Completion Date | 08/09/2017 |
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## Subject Property

| | | | |
|---|---|---|---|
| Location | Suburban | Currently Listed | Yes - 01/17/2017 |
| Property Type | 2Family | Listed in Last 36 Months | |
| Occupancy | Unknown | Listing Company | Ziggy Realty and Builders |
| Fair Market Rent (All Units) | $1,250 | List Company Phone | (77-3)2-5107-46 |
| Red Flags | ☐ Damaged  ☐ Construction | Days on Market | 201 |
| | ☐ Environmental  ☐ Zoning | List Status | Active |
| | ☐ Market Activity  ☐ Boarded | Current List Price | $250,000 |
| | ☐ Stigma  ☐ Subject Not Visible | Original List Price | $250,000 |
| | ☐ Other  ☑ None | Last Known Sale Date | 06/14/2000 |
| | | Last Known Sale Price | $197,500 |

| | | | |
|---|---|---|---|
| County | Cook | Zoning Code | 211 |
| | | Zoning Description | Two to six apartments, over 62 year |
| Current Use | Multi Unit | Zoning Compliance | Legal |
| Best Use. If no, explain | Yes | If Illegal, explain: | |

## Subject and Comparable Sales Characteristics

| Attribute | Subject | ☐ Comp Sale 1 | ☐ Comp Sale 2 | ☑ Comp Sale 3 |
|---|---|---|---|---|
| Address | 1715 Emerson St, Evanston,IL 60201 | 2307 foster st Evanston, IL 60201 | 1937 Wesley Ave Evanston, IL 60201 | 2112 Foster St Evanston, IL 60201 |
| Proximity | | 0.45 Miles | 0.3 Miles | 0.32 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Equal | Superior | Equal |
| Style | Other | Other | Other | Other |
| Condition | Fair | Average | Average | Average |
| Construction | Framed | Framed | Framed | Framed |
| Year Built | 1908 | 1909 | 1889 | 1927 |
| Lot Size | 7650 Sq.Ft. | 3125 Sq.Ft. | 7500 Sq.Ft. | 10050 Sq.Ft. |
| # Units | 2 | 2 | 3 | 2 |
| GLA | 3541 | 2400 | 3800 | 2800 |
| Room Count | 10 | 10 | 17 | 11 |
| Bed Count | 7 | 4 | 8 | 5 |
| Bath Count | 3.0 | 2.0 | 5.0 | 2.0 |
| Basement | Full | Full | Full | Full |
| BG SqFt | 700 | 700 | 600 | 250 |
| Basement Finished % | 0 | 50 | 75 | 25 |
| Basement included in GLA | No | No | Yes | No |
| Garage/Carport | Carport | None | Detached | Carport |
| Number of Stalls | 2 | 0 | 3 | 2 |
| Parking | Driveway | Driveway | Driveway | Driveway |
| Pool | No | No | No | No |
| View | Unremarkable | Residential | Residential | Residential |
| Waterfront | No | No | No | No |
| Data Source | Appraisal | MLS | MLS | MLS |
| Finance Type | | Conventional | Cash | Conventional |
| Sale Type | | Owner/Resale | Owner/Resale | Owner/Resale |
| Sale Date | | 05/24/2017 | 05/05/2017 | 04/28/2017 |
| DOM | | 409 | 15 | 289 |
| Original List Price | | $159,900 | $550,000 | $259,000 |
| List Price at Sale | | $149,000 | $550,000 | $250,000 |
| Sales Price | | $152,000 | $497,500 | $220,000 |
| $/Sq Ft (As-Is) | 64 | 63 | 131 | 79 |

## Sales Comments / Sale Concessions

| | |
|---|---|
| Comp Sale 1 | This comp is in the similar neighborhood but the footprint is smaller and seems to be in good overall  exterior condition<br><br>Concession: None |
| Comp Sale 2 | I feel this property is in much better condition and in a different neighborhood compared to the subject property<br><br>Concession: None |
| Comp Sale 3 | I feel this is the best comp despite it being a little older comp i feel the proximity, footprint and condition are similar.<br><br>Concession: None |



| | | Completion Date | 08/09/2017 | |
|---|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT | |
| Street Address | 1715 Emerson St | | | |
| City | Evanston | State | IL | Zip | 60201 |

## Subject and Comparable Listing Characteristics

| Attribute | Subject | ☐ Comp List 1 | ☑ Comp List 2 | ☐ Comp List 3 |
|---|---|---|---|---|
| Address | 1715 Emerson St, Evanston,IL 60201 | 1823 Darrow Ave Evanston, IL 60201 | 1711 Dodge Ave Listing Evanston, IL 60201 | 1926 Asbury Ave Evanston, IL 60201 |
| Proximity | | 0.09 Miles | 0.27 Miles | 0.32 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Inferior | Equal | Superior |
| Style | Other | Other | Other | Other |
| Condition | Fair | Average | Average | Good |
| Construction | Framed | Framed | Framed | Framed |
| Year Built | 1908 | 1914 | 1899 | 1889 |
| Lot Size | 7650 Sq.Ft. | 5610 Sq.Ft. | 0.06 Acres | 0.08 Acres |
| # Units | 2 | 2 | 2 | 2 |
| GLA | 3541 | 1800 | 2200 | 3500 |
| Room Count | 10 | 6 | 8 | 11 |
| Bed Count | 7 | 2 | 5 | 6 |
| Bath Count | 3.0 | 2.0 | 2.0 | 2.0 |
| Basement | Full | Full | None | Full |
| BG SqFt | 700 | 250 | | 600 |
| Basement Finished % | 0 | 25 | 0 | 50 |
| Basement included in GLA | No | No | No | No |
| Garage/Carport | Carport | Carport | Detached | Carport |
| Number of Stalls | 2 | 3 | 2 | 2 |
| Parking | Driveway | Driveway | Driveway | Driveway |
| Pool | No | No | No | No |
| View | Unremarkable | Residential | Residential | Residential |
| Waterfront | No | No | No | No |
| Data Source | Appraisal | MLS | MLS | MLS |
| Finance Type | | Conventional | Conventional | Conventional |
| List Type | | Owner/Resale | Owner/Resale | Owner/Resale |
| List Date | | 03/08/2017 | 01/21/2017 | 10/07/2016 |
| DOM | | 151 | 197 | 303 |
| Pending | | No | No | No |
| Original List Price | | $235,000 | $240,000 | $415,000 |
| Current List Price | | $225,000 | $240,000 | $410,000 |
| $/Sq Ft (As-Is) | 64 | 125 | 109 | 117 |

## Listing Comments / Pricing Concessions

| Comp Listing 1 | This comp is much smaller and only has two bedrooms despite having a good sq footage for a two flat with 2 one beds.<br><br>Concession: Unknown |
|---|---|
| Comp Listing 2 | I feel this is the best comps both size and condition are similar. I believe the subject is including below grade grade sq ft<br><br>Concession: Unknown |
| Comp Listing 3 | This comp i believe is far superior in condition neighborhood and sq footage<br><br>Concession: Unknown |

## 90-120 DAY VALUE ESTIMATE

| As-Is | | Repaired | |
|---|---|---|---|
| Probable Sale Price | $225,000 | Probable Sale Price | $275,000 |
| List Price | $240,000 | List Price | $300,000 |

## QUICK SALE VALUE ESTIMATE

| Probable Quick Sale Price | $200,000 | Quick Sale Discount | 11.11 % |
|---|---|---|---|

## LAND VALUE ESTIMATE

| Estimated Lot Value Low | $100,000 | Estimated Lot Value High | $125,000 |
|---|---|---|---|

## Broker Information

| Broker Name | James Frank | Cell | 630-212-8322 |
|---|---|---|---|
| License Number | 475160546 | Email | jfrankrealtor@gmail.com |
| License Expiration | 04/30/2018 | Completion Date | 08/09/2017 |
| Company Name | Keller Williams Preferred Realty | Distance to Subject | 4.96 Miles |
| Address | 16123 South La Grange Rd, Orland Park, IL. 60467 | Company Phone | 708-798-1111 |

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350

| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## General Market Conditions

Current Market Conditions: ☐ Excellent ☐ Improving ☐ Stable ☑ Slow ☐ Depressed
Employment Conditions: ☐ Increasing ☑ Stable ☐ Decreasing
Market Values for this type of property have ☐ Appreciated _____ % in the past _____ months
☐ Depreciated _____ % in the past _____ months
☑ Remained Stable for the past  12  months

Price Range of  3  comparable sales in past 12 months  $152,000  to  $497,500
Price Range of  11  competitive listings on the market  $225,000  to  $724,900
Typical Marketing Time (DOM)  237  Marketing Time Trend ☑ Increasing ☐ Stable ☐ Decreasing
Current Inventory of this type of property ☐ Undersupply ☑ Balanced ☐ Oversupply
Estimated Occupancy of subject's neighborhood:  70  % Owner  20  % Tenant  10  % Vacant
Median Monthly Market Rent :  $1,250
Are REO/short sale sales/listings affecting the overall value of the subject's neighborhood? ☑ Yes ☐ No
REO Trend ☑ Increasing ☐ Stable ☐ Decreasing  Distressed Discount  10  %
Is there evidence of a disaster? ☐ Yes ☑ No  Date
Number of boarded or blocked up homes  4  Industrial within 0.25 miles ☑ Yes ☐ No

Neighborhood Description:
This a very heavy industrial side of evanston and not the best neighborhood. They are about .10 miles away from high tension power lines.

General Comments about market conditions:
The area has a lot of industrial and hasn't appreciated at the pace of other areas of evanston especially those to the Northeast

## Subject Marketability

HOA? ☐ Yes ☑ No  HOA Name
HOA Contact _____ Phone Number
HOA Fee _____ HOA Fee Schedule _____ Fees Current? ☐ Yes ☐ No  Delinquent Amount
Fee Includes: ☐ Insurance ☐ Landscaping ☐ Pool ☐ Tennis ☐ Other
Any known litigation involving the HOA? ☐ Yes ☐ No
If yes, explain:
Is the subject property currently impacted by a disaster? ☐ Yes ☑ No  Date _____ Type
Recommended Marketing Strategy ☑ As-Is ☐ Minimal Lender Required Repairs ☐ Repaired
Most Likely Buyer ☑ Owner Occupant ☐ Investor
Considering available indicators, the current occupant of the subject is most likely ☑ Owner ☐ Tenant ☐ Vacant
Does the subject conform to the neighborhood? ☑ Yes ☐ No
For the neighborhood, the subject is an: ☐ Under Improvement ☑ Appropriate Improvement ☐ Over Improvement
Is the subject's condition consistent with properties in the neighborhood? ☐ Yes ☑ No
Does the subject property appear to have been updated? ☐ Yes ☑ No
Does the subject property need emergency repairs? ☐ Yes ☐ No ☑ Unknown
If yes, explain:
Does the subject property show evidence of vandalism? ☐ Yes ☑ No
If yes, explain:
Are all types of financing available for the subject? ☐ Yes ☑ No
If no, explain:  NEEDS A LOT OF WORK INCLUDING, BUT NOT LIMITED TO: EXTENSIVE PLUMBING AND BASEMENT LEAKS, NO HVAC ON SECOND FLOC

Describe any adverse environmental/safety conditions:
The subject property does not appear to have any environmental or safety concerns from my exterior inspection

Positive attributes to marketability:
I can't of any positive attributes on the property. see below

Negative attributes to marketability?
The property is located in not the best neighborhood across the street from industrial and about 2-3 blocks from high power electrical lines.

**Asset Val**
*Valuation Solutions*

| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## Addendum

QA Analyst Summary: Subject was based off repaired value supported by Comp Sale 3 due to lack of comps that resemble "AS-IS" condition

I don't not feel that the square footage of the subject property is correct as it looks like the building has an illegal non conforming 3rd unit in the basement.

2112 Foster St, Evanston, IL 60201-
I feel this is the best comp despite it being a little older comp i feel the proximity, footprint and condition are similar.

1711 Dodge Ave Listing, Evanston, IL 60201

I feel this is the best comps both size and condition are similar. I believe the subject is including below grade grade sq ft

## Repair Estimate Details

| Repair Items | Repair | Replace | Est. Cost | Repair Items | Repair | Replace | Est. Cost |
|---|---|---|---|---|---|---|---|
| Exterior Paint | Yes | No | $4,500 | Electrical | No | No | $ |
| Roofing | Yes | No | $10,000 | Heating/Air | No | No | $ |
| Structural | Yes | No | $1,500 | Plumbing | No | No | $ |
| Carpentry in and out | No | No | $ | Wallpaper/Sheetrock | No | No | $ |
| Landscaping | No | Yes | $1,200 | Initial Trashout/Clean | No | No | $ |
| Carpet | No | No | $ | Discoloration (Mildew, Etc) | No | No | $ |
| Tile/Vinyl | No | No | $ | Pest/Termite | No | No | $ |
| Interior Paint | No | No | $ | Floors | No | No | $ |
| Appliances | No | No | $ | Cleaning | No | No | $ |
| Other: | | | | HVAC, plumbing, leaks | Yes | No | $9,500 |

☐ Rehab not justified (cost of repairs would exceed the additional value gained from the repairs)

All repairs are cosmetic in nature ☑ Yes ☐ No

Additional Remarks:

Property looks to be in good shape from the outside might need a new roof as it looks like it was last time it was replaced was in 2000.

Total Estimated Repairs/Replacement Costs | $26,700

## Compliance

By submitting this report, I agree that I will work with Client to clarify or correct this valuation as necessary to meet its client's requirements. Client will never communicate a predetermined, expected or qualifying estimate of value, however if additional information about the subject property or comparable properties is presented, I agree to give consideration to this information. I understand that providing faulty or erroneous information or failure to respond to a clarification/correction request are grounds for non-payment of this report as well as deactivation of my Realtor Profile in the Client system.

Federal Compliance: The purpose of this valuation is to provide an estimated market value of the subject property. This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). If an appraisal is desired, the services of licensed or certified appraiser must be obtained. The condition of the Subject was confirmed by physical inspection of the exterior and/or interior of the property by a real estate broker, sales agent or sales person. Comparable sales and listings were analyzed; factors such as GLA, Bed/Bath counts, Lot Size, Location, etc., were considered and either quantitative or qualitative adjustments made and considered in the value conclusion. Data sources and tools include, but are not limited to: MLS sales and listings data, MLS market/neighborhood data, tax assessor data, public record data, third-party aggregate data, physical inspection and photos of the property and neighborhood.

State Compliance: This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker who was not acting as a State certified real estate appraiser

## ESignature

I James Frank, with License# = 475160546, Expiration Date = 04/30/2018, Contact Phone# = 708-798-1111 and Email Address = jfrankrealtor@gmail.com confirm that I have taken the subject photos, selected the comps and set the values for this CMA. Initials of my name are JJF. Dated 08/09/2017.

My camera does not have a date/time stamp feature however, I affirm the photos were taken at the time of inspection 08/04/2017 04:00 PM.

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## AERIAL MAP



Distant Map

## AERIAL MAP



Proximate Map



| | | | | | |
|---|---|---|---|---|---|
| | | Completion Date | | 08/09/2017 | |
| Inspection Type | Exterior | Borrower Name | | WRIGHT | |
| Street Address | 1715 Emerson St | | | | |
| City | Evanston | State | IL | Zip | 60201 |

**FRONT VIEW**

**FRONT ANGLED VIEW**

| | | Completion Date | 08/09/2017 | | |
| Inspection Type | Exterior | Borrower Name | WRIGHT | | |
| Street Address | 1715 Emerson St | | | | |
| City | Evanston | State | IL | Zip | 60201 |

**STREET VIEW**



**ADDRESS VERIFICATION**





| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

---

**EXTERIOR PHOTO**



Street West

---

**EXTERIOR PHOTO**



Street East

---

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

### EXTERIOR PHOTO



Industrial across street High tension lines



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## MLS - Page 1 of 1



**Two to Four Units**
Status: **TEMP**
Area: **201**
Address: **1715 Emerson St , Evanston, Illinois 60201**

List Date: **01/17/2017**  List Price: **$250,000**
List Dt Rec: **01/18/2017**  Orig List Price: **$250,000**
Sold Price:
Contingency
Flag:

Directions: **MCCORMICK TO EMERSON, EAST TO PROPERTY. JUST WEST OF ASHLAND ON NORTH SIDE OF STREET.**

Sold by:
Closed:                                        Contract:                    List. Mkt Time: **201**
Off Mkt: **01/18/2017**                         Financing:                   Concessions:
Year Built: **1909**          Blt Before 78: **Yes**        Contingency:
Dimensions: **50 X153**                                                     County: **Cook**
Ownership: **Fee Simple**       Subdivision:                 Model:
Corp Limits: **Evanston**       Township: **Evanston**        Parking: **Garage, Exterior Space(s)**

Coordinates: **W:1715**                                      # Spaces: **Gar:2 Ext:2**
Acreage: **0.17**            Total Units: **2**               Parking Incl.
                                                             In Price:
Total Rooms: **10**          Total Baths **3/0**              3 BR Unit: **No**
                             (Full/Half):
Total Bedrooms: **4**        Basement: **Full**               Zoning: **Multi-Family**
                                                             Waterfront: **No**

Remarks:   **SHORT SALE. NEEDS A LOT OF WORK INCLUDING, BUT NOT LIMITED TO: EXTENSIVE PLUMBING AND BASEMENT LEAKS, NO HVAC ON SECOND FLOOR, WATER DAMAGE THROUGH OUT, POSSIBLE ROOF OR SIDING LEAKS. CAN BE GREAT PROPERTY IN GREAT LOCATION, BUT BRING A FAT CHECK BOOK.**

| School Data | | Financial Info |
|---|---|---|
| Elementary: **(65)** | | Total Rental Income: |
| Junior High: **(65)** | Mult PINs: | Net Operating Income: |
| High School: **(202)** | Tax Amount: **$7,869.90** | Gross Income: |
| Other: | Tax Year: **2015** | Gross Expenses: |
| | Exemptions: | Other Income: |
| | Special Assessments: **No** | |
| | Special Service Area: **No** | |

| | Floor Level | Sq Ft. | Rooms | Bedrooms | Bathrooms | Master Bath | Sec Deposit | Rent | Lease Exp |
|---|---|---|---|---|---|---|---|---|---|
| Unit #1 | 1 | | 54 | 2 | 1/0 | | NONE | OWN | NONE |
| Unit #2 | 2 | | 5 | 2 | 1/0 | | NONE | OWN | NONE |
| Unit #3 | | | | | / | | | | |
| Unit #4 | | | | | | | | | |

Age: **100+ Years**
Type-Multi Unit: **2 Flat**
Style:
Const Opts:
General Info: **None**
Amenities:
Ext. Bldg. Type: **Aluminum Siding, Vinyl Siding, Frame**
Lot Size: **Less Than .25 Acre**
Lot Desc:
Roof:
Foundation:
Exst Bas/Fnd:
Ext Prop Feats:

Garage Ownership: **Owned**
Garage On Site: **Yes**
Garage Type: **Detached**
Garage Details:
Parking Ownership: **Owned**
Parking On Site: **Yes**
Parking Details: **Off Alley**
Appliances/Features (1): **None**
Appliances/Features (2): **None**
Appliances/Features (3):
Appliances/Features (4):
Bath Amn:
Basement Details: **Unfinished**
Additional Rooms:

Tenant Pays (1): **Electric, Gas**
Tenant Pays (2): **Electric, Gas**
Tenant Pays (3):
Tenant Pays (4):
Water: **Lake Michigan**
Sewer: **Sewer-Public**
Heating: **Gas**
Equipment:
HERS Index Score:
Green Disc:
Green Rating Srce:
Green Feats:
Possession: **Negotiable**
Sale Terms: **Cash Only**

Agent Remarks:   **CC: Pursuant to Short Sale.**

Internet Listing: **No**
VOW AVM: **No**
Listing Type: **Exclusive Right to Sell**
Coop Comp: **2.5% – $300 (on Net SP)**
Showing Inst: **CALL/TEXT LA.**
Owner: **OOR**
Broker: **Ziggy Realty and Builders (8495)**
List Agent: **Andy Gerakaris (84671)**
Co-lister:

Remarks on Internet?: **No**
VOW Comments/Reviews: **No**
Holds Earnest Money: **Yes**
Additional Sales Information: **Short Sale**
Cont. to Show?:
Ph #:
Ph #: **(773) 545-4400**
Ph #: **(773) 251-0746**
Ph #:

Addr on Internet?: **No**
Lock Box: **None**
Special Comp Info: **Short Sale**
Expiration Date:
Agent Notices:
Agent Owned/Interest: **No**
Team:
Email: **andyg@ziggyrealty.com**
More Agent Contact Info: **SAM 773-517-5957**

Copyright 2017 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

Prepared By: James J Frank | Keller Williams Preferred Rlty | Cell: (630) 212-8322 | Email: jfrankrealtor@gmail.com

1715 W Emerson , Evanston Listing

| | | Completion Date | 08/09/2017 | | |
|---|---|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT | | |
| Street Address | 1715 Emerson St | | | | |
| City | Evanston | State | IL | Zip | 60201 |

## TAX - Page 1 of 2

8/5/2017                          Cook County Treasurer's Office - Chicago, Illinois

# Cook County Property Tax and Payment Information

2016 Tax Year Information - Payable in 2017

**Tax Year:** 2016   **Tax Type:** Current Tax   **Volume:** 053   **Classification:** 2-11

### Property Location

1715 EMERSON ST
EVANSTON, IL 60201-3460

To update contact the Cook County Assessor's Office at 312.443.7550.

### Mailing Information

CHATTO WRIGHT
1715 W EMERSON
EVANSTON, IL 60201-3460

To update your mailing information click here.

### Exemption Information

**Homeowner Exemption:**   YES
**Senior Citizen Exemption:**   NO
**Senior Freeze Exemption:**   NO

If you are entitled to an exemption you did not receive, click here.

To check if you received exemptions on previous tax years, click here.

### Tax Billing Information

*Original installment billing information and on-time due date for reference purposes.*

| Installment | Tax Amount Billed | Tax Due Date |
|---|---|---|
| 1st | $4,328.45 | 03/01/2017 |
| 2nd | $2,126.12 | 08/01/2017 |

### Tax Payment Information

*The balance due, including any interest, is as of Saturday, August 05, 2017.*

*Payments processed are posted through Friday, August 04, 2017.*

| Installment | Total Amount | Tax Amount | Interest Amount | Last Payment Received | Date Rece |
|---|---|---|---|---|---|
| 1st | $0.00 | $0.00 | $0.00 | $4,328.45 | 02/24/ |
| 2nd | $0.00 | $0.00 | $0.00 | $2,126.12 | 07/25/ |

**BALANCE DUE:**   $0.00

**Return to PIN Summary**

https://www.cookcountytreasurer.com/paymentresults.aspx?paymenttype=current                          1/2

1715 W Emerson  Tax



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## TAX - Page 2 of 2

8/5/2017                    Cook County Treasurer's Office - Chicago, Illinois

For Tax Years 2015 and prior, the Cook County Clerk's office can help you with redemption and delinquent inquiries regarding these prior year's taxes.

You may reach the Clerk at:

Main Number: 312.603.5656
You may find frequently asked questions and additional information at the Clerk's Office's website:
http://www.cookcountyclerk.com

1715 W Emerson  Tax



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## MLS-OTHER - Page 1 of 2

Property Data    Exemption History    Appeal History    Certificate of Error

# Property Characteristics

### 2017 Tax Year Property Information

**\*Property**

| | |
|---|---|
| **City:** | EVANSTON |
| **Township:** | Evanston |
| **Property Classification:** | 211 |
| **Square Footage (Land):** | 7,650 |
| **Neighborhood:** | 60 |
| **Taxcode:** | 17001 |

4/13/2007

### Assessed Valuation

| | 2017 Assessor Certified | 2016 Board of Review Certified |
|---|---|---|
| **Land Assessed Value** | 6,885 | 6,885 |
| **Building Assessed Value** | 21,117 | 21,117 |
| **Total Assessed Value** | 28,002 | 28,002 |

### Property Characteristics

| | |
|---|---|
| **Estimated 2017 Market Value** | $280,020 |
| **Estimated 2016 Market Value** | $280,020 |
| **Description** | Two to six apartments, over 62 years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | 2 |
| **Exterior Construction** | Stucco |
| **Full Baths** | 2 |
| **Half Baths** | 1 |
| **Basement[1]** | Partial and Rec Room |
| **Attic** | Partial and Unfinished |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |
| **Garage Size/Type[2]** | 2 car detached |
| **Age** | 108 |
| **Building Square Footage** | 2,664 |
| **Assessment Pass** | Assessor Certified |

[1] Excluded from building square footage, except apartment

[2] Excluded from building square footage

> \* "Property Location" is not a legal/postal mailing address. Its sole purpose is to help our Office locate the property. Therefore, you should not utilize the property location for any purpose, however, you may update the Property Location with your Legal/Postal Mailing Address should you choose to do so. Updating the address will not change the Property Location to a Legal/Postal Mailing Address.

1715 W Emerson , Assessor



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## MLS-OTHER - Page 2 of 2

** Information may be available by submitting an FOIA Request

1715 W Emerson , Assessor

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

**MAP**



Map

**COMPARABLE SALE 1**





| | |
|---|---|
| | Completion Date | 08/09/2017 |
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## Comparable Sale 1 - Page 1 of 1



**Two to Four Units**
Status: **CLSD**
Area: **201**          List Dt Rec: **02/29/2016**
Address: **2307 Foster St , Evanston, Illinois 60201**

Directions: **MCCORMIK TO EMERSON W TO FOSTER N TO PROPERTY**
Sold by: **Carlos Funes (116116) / Sky High Real Estate Inc. (18267)**
Closed: **05/24/2017**          Contract: **04/12/2017**
Off Mkt: **04/12/2017**          Financing: **Conventional**
Year Built: **1909**          Blt Before 78: **Yes**
Dimensions: **25X125**
Ownership: **Fee Simple**          Subdivision:
Corp Limits: **Evanston**          Township: **Evanston**
Coordinates: **N:12 W:3**
Acreage:          Total Units: **2**

Total Rooms: **10**          Total Baths **2/0** (Full/Half):

Total Bedrooms: **4**          Basement: **Full**

List Price: **$149,000**
Orig List Price: **$159,900**
Sold Price: **$152,000**
Contingency Flag:
List. Mkt Time: **409**
Concessions:
Contingency:
County: **Cook**
Model:
Parking: **None**
# Spaces: **0**
Parking Incl. In Price:
3 BR Unit: **No**

Zoning: **Multi-Family**
Waterfront: **No**

Remarks:    **Attention investors! Second floor apartment is newly vacant, freshly painted, and easy to show!! First floor has month-to-month tenant. New windows. Newer roof. New 100 amp service with new breaker boxes. Upgraded plumbing. Two new water heaters. Separate heat and electric. Each unit features 2 bedrooms. Full basement. Excellent opportunity, must see!**

| **School Data** | | **Financial Info** |
|---|---|---|
| Elementary: **(65)** | | Total Rental Income: |
| Junior High: **(65)** | Mult PINs: | Net Operating Income: |
| High School: **(202)** | Tax Amount: **$5,146.92** | Gross Income: |
| Other: | Tax Year: **2014** | Gross Expenses: |
| | Exemptions: | Other Income: |
| | Special Assessments: **No** | |
| | Special Service Area: **No** | |

| | Floor Level | Sq Ft. | Rooms | Bedrooms | Bathrooms | Master Bath | Sec Deposit | Rent | Lease Exp |
|---|---|---|---|---|---|---|---|---|---|
| Unit #1 | 1 | | 5 | 2 | 1/0 | | 0 | 895 | 0 |
| Unit #2 | 2 | | 5 | 2 | 1/0 | | 0 | 840 | 0 |
| Unit #3 | | | | | / | | | | |
| Unit #4 | | | | | / | | | | |

| | | |
|---|---|---|
| Age: **100+ Years, Rehab in 0000** | Garage Ownership: | Tenant Pays (1): **All** |
| Type-Multi Unit: **2 Flat** | Garage On Site: | Tenant Pays (2): **All** |
| Style: | Garage Type: | Tenant Pays (3): |
| Const Opts: | Garage Details: | Tenant Pays (4): |
| General Info: **None** | Parking Ownership: | Water: **Public** |
| Amenities: | Parking On Site: | Sewer: **Sewer-Public** |
| Ext. Bldg. Type: **Frame** | Parking Details: | Heating: **Gas** |
| Lot Size: **Less Than .25 Acre** | Appliances/Features (1): **Stove, Refrigerator** | Equipment: |
| Lot Desc: | Appliances/Features (2): **Stove, Refrigerator** | HERS Index Score: |
| Roof: **Asphalt/Glass (Shingles)** | Appliances/Features (3): | Green Disc: |
| Foundation: | Appliances/Features (4): | Green Rating Srce: |
| Exst Bas/Fnd: | Bath Amn: | Green Feats: |
| Ext Prop Feats: | Basement Details: **Unfinished** | Possession: **Tenant's Rights** |
| | Additional Rooms: | Sale Terms: |

Agent Remarks:   **Long market time due to occupancy issues that have been resolved. Second floor now vacant. First floor tenant month to month. Easy to show. Sold as-is. Cash offers preferred.**

| | | |
|---|---|---|
| Internet Listing: **Yes** | Remarks on Internet?: **Yes** | Addr on Internet?: **Yes** |
| VOW AVM: **Yes** | VOW Comments/Reviews: **Yes** | Lock Box: |
| Listing Type: **Exclusive Right to Sell** | Holds Earnest Money: **Yes** | Special Comp Info: **None** |
| Coop Comp: **2.5%-$295 (on Net SP)** | Additional Sales Information: **None** | Expiration Date: |
| Showing Inst: **24-hour notice please. Email forest8111@gmail.com for showing request.** | Cont. to Show?: | Agent Notices: |
| Owner: **OOR** | Ph #: | Agent Owned/Interest: **No** |
| Broker: **Re/Max Cityview (15904)** | Ph #: **(773) 631-8260** | Team: |
| List Agent: **William Karner (132530)** | Ph #: **(773) 983-3576** | Email: **bkarner@comcast.net** |
| Co-lister: | | More Agent Contact Info: |

Copyright 2017 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

Prepared By: James J Frank | Keller Williams Preferred Rlty | Cell: (630) 212-8322 | Email: jfrankrealtor@gmail.com

| | Completion Date | 08/09/2017 |
| --- | --- | --- |
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

### COMPARABLE SALE 2





| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## Comparable Sale 2 - Page 1 of 2



**Two to Four Units**
Status: **CLSD**
Area: **201**
Address: **1937 Wesley Ave , Evanston, Illinois 60201**

List Price: **$550,000**
Orig List Price: **$550,000**
Sold Price: **$497,500**
Contingency
Flag:

List Dt Rec: **04/03/2017**

Directions: **Emerson to Wesley, turn north to property**
Sold by: **Sue Tharp (80386) / RE/MAX Suburban (8098)**
Closed: **05/05/2017**    Contract: **04/17/2017**    List. Mkt Time: **15**
Off Mkt: **04/17/2017**    Financing: **Cash**    Concessions:
Year Built: **1889**    Blt Before 78: **Yes**    Contingency:
Dimensions: **50 X 150**    County: **Cook**
Ownership: **Fee Simple**    Subdivision:    Model:
Corp Limits: **Evanston**    Township: **Evanston**    Parking: **Garage, Exterior Space(s)**
Coordinates:    # Spaces: **Gar:3 Ext:1**
Acreage:    Total Units: **3**    Parking Incl. **Yes**
In Price:
Total Rooms: **17**    Total Baths **5/0** (Full/Half):    3 BR Unit: **Yes**
Total Bedrooms: **8**    Basement: **Full**    Zoning: **Other**
Waterfront: **No**

**Remarks:** Handsome Income Producing Property w/solid rental history. Excellent Condition. Leases through 8-31-17. Close to NU, dwntwn &trans. Many updates incl new SS appliances 1st floor, modern kitchens, baths, newer windows, boiler, furnace, AC, H20 htr, copper plumbing. 1ST Flr is 3BR, LR+Kit, 1 bath. 2ND Flr is 3BR, LR+Kit, 2 baths. 3RDFlr is 2BR, LR+Kit, sep furnace, central air. High ceilings 1st flr. Dry basement is 50% above grade, incl lndry rm, mechanical rm &workspace. Half of the basement is finished area w/zoned heat, large living rm & full bath w/shower; could be added to 1st flr apt. 3-car garage & outdoor prkng spaces. Lovely yard incl fruit trees, grapes, raspberries, perennials. Could convert to sf living & still keep cute attic apt. rental. Green Bay Rd. renovation adds pedestrian-friendly streetscape leading to North Evanston. Beautiful street & New Construction next door! Don't miss this unique & well-located property! Property Conveyed in "AS-IS" condition

### School Data
Elementary: **Orrington (65)**
Junior High: **Haven (65)**
High School: **Evanston Twp (202)**
Other:

Tax Amount: **$5,546.30**
Tax Year: **2015**
Exemptions: **None**
Special Assessments: **No**
Special Service Area: **No**

### Financial Info
Total Rental Income: **48,600**
Net Operating Income:
Gross Income: **50,400**
Gross Expenses: **6%**
Other Income: **Garage/s, Parking Space/s**

| | Floor Level | Sq. Ft. | Rooms | Bedrooms | Bathrooms | Master Bath | Sec Deposit | Rent | Lease Exp |
|---|---|---|---|---|---|---|---|---|---|
| Unit #1 | 1 | 0 | 5 | 3 | 1/0 | None | 1425 | 1425 | 08/17 |
| Unit #2 | 2 | 0 | 5 | 3 | 2/0 | None | 1425 | 1425 | 08/17 |
| Unit #3 | 3 | 0 | 5 | 2 | 1/0 | None | 1150 | 1200 | 08/17 |
| Unit #4 | | | | | / | | | | |

Age: **100+ Years**
Type-Multi Unit: **3 Flat**
Style: **Victorian**
Const Opts:
General Info: **School Bus Service, Commuter Train**
Amenities: **Curbs/Gutters, Sidewalks, Street Lights, Street Paved**
Ext. Bldg. Type: **Vinyl Siding**
Lot Size: **Less Than .25 Acre**
Lot Desc: **Fenced Yard**
Roof: **Asphalt/Glass (Shingles)**
Foundation: **Brick**
Exst Bas/Fnd:
Ext Prop Feats: **Patio, Porch, Storms/Screens, Cable Access**

Garage Ownership: **Owned**
Garage On Site: **Yes**
Garage Type: **Detached**
Garage Details: **Garage Door Opener(s), Transmitter(s)**
Parking Ownership: **N/A**
Parking On Site: **Yes**
Parking Details: **Off Alley**
Appliances/Features (1): **Stove, Refrigerator, Microwave, Window Air Conditioner, Garage/Space, Range Hood, Walk-In Closet**
Appliances/Features (2): **Stove, Refrigerator, Microwave, Window Air Conditioner**
Appliances/Features (3): **Stove, Refrigerator, Microwave, Central Air Conditioner, Garage/Space, Range Hood**
Appliances/Features (4):
Bath Amn:
Basement Details: **Partially Finished**
Additional Rooms: **Family Room**

Tenant Pays (1): **Electric, Gas, Heat**
Tenant Pays (2): **Electric, Gas, Heat**
Tenant Pays (3): **Electric, Gas, Heat, Parking**
Tenant Pays (4):
Water: **Lake Michigan, Public**
Sewer: **Sewer-Public**
Heating: **Gas**
Equipment: **TV-Cable, TV Antenna, Ceiling Fan, Sump Pump**
HERS Index Score:
Green Disc:
Green Rating Srce:
Green Feats:
Possession: **Closing, Tenant's Rights**
Sale Terms:

**Agent Remarks:** Pre-approved buyers only. Will require PHH Loan approval submission with offer. (PHH in CB in-house lender) Agent will accompany all showings with 24-hour notice. Zoning is R-5, Tax record shows bldg. is 2,714 sf. Owner pays 10% of heat for 1st & 2nd flr, as well as $20/monthly for electric for common areas. 3rd flr has separate furnace & central air & pays all. New construction duplex just built next door. Emerson/Ridge/GreenBay Corridor Project & Streetscape improvements in the area. Please register your appointments with showing desk. Property conveyed in "AS-IS" condition. Please note - leases have been signed through 8/2017

Internet Listing: **Yes**
VOW AVM: **No**
Listing Type: **Exclusive Right to Sell**
Coop Comp: **2.5%-$295 (on Net SP)**
Showing Inst: **Please call Showingtime at 855-746-9200 or click the Schedule a Showing icon below.**
Owner: **Owner of Record**
Broker: **Coldwell Banker Residential (3310)**
List Agent: **Joan Farquharson, SFR (31823)**
Co-lister:

Remarks on Internet?: **Yes**
VOW Comments/Reviews: **No**
Holds Earnest Money: **Yes**
Additional Sales Information: **List Agent Must Accompany**
Cont. to Show?:

Ph #:
Ph #: **(847) 866-8200**

Ph #: **(847) 425-3726**

Ph #:

Addr on Internet?: **Yes**
Lock Box: **None**
Special Comp Info: **None**
Expiration Date:
Agent Notices:

Agent Owned/Interest: **Yes**
Team:
Email: **joan@joanfar.com**
More Agent Contact Info: **224-628-1804**

Copyright 2017 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## Comparable Sale 2 - Page 2 of 2

guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

Prepared By: James J Frank | Keller Williams Preferred Rlty | Cell: (630) 212-8322 | Email: jfrankrealtor@gmail.com



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

**COMPARABLE SALE 3**



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## Comparable Sale 3 - Page 1 of 1



**Two to Four Units**
Status: **CLSD**
Area: **201**                          List Dt Rec: **06/14/2016**
Address: **2112 Foster St , Evanston, Illinois 60201**

List Price: **$250,000**
Orig List Price: **$259,000**
Sold Price: **$220,000**
Contingency
Flag:

Directions: **EAST OF MCCORMICK, NORTH OF CHURCH**
Sold by: **Edward Evangelista (43187) / Coldwell Banker Residential (3310)**
Closed: **04/28/2017**          Contract: **03/29/2017**          List. Mkt Time: **289**
Off Mkt: **03/29/2017**          Financing: **Conventional**          Concessions:
Year Built: **1927**          Blt Before 78: **Yes**          Contingency:
Dimensions: **67X75**          County: **Cook**
Ownership: **Fee Simple**          Subdivision:          Model:
Corp Limits: **Evanston**          Township: **Evanston**          Parking: **Exterior Space(s)**
Coordinates: **N:11 W:3**          # Spaces: Ext:**2**
Acreage:          Total Units: **2**          Parking Incl. **Yes**
In Price:
Total Rooms: **11**          Total Baths **2/0** (Full/Half):          3 BR Unit: **No**
Total Bedrooms: **5**          Zoning: **Other**
Waterfront: **No**

Remarks:    Charming two-flat with a good sized lot located on a quiet residential street. Both units have tenants. First floor has a formal dining room, spacious updated eat-in kitchen and two large bedrooms. Second floor unit has three bedrooms. Pretty side yard and garden. All new windows. Both units have new furnaces. 2 parking spaces. Tenants request no interior photos. No sign.

**School Data**
Elementary: **Kingsley (65)**
Junior High: **Haven (65)**
High School: **Evanston Twp (202)**
Other:

Tax Amount: **$3,515.80**
Tax Year: **2014**
Exemptions: **None**
Special Assessments: **No**
Special Service Area: **No**

**Financial Info**
Total Rental Income:
Net Operating Income:
Gross Income:
Gross Expenses:
Other Income:

| | Floor Level | Sq. Ft. | Rooms | Bedrooms | Bathrooms | Master Bath | Sec Deposit | Rent | Lease Exp |
|---|---|---|---|---|---|---|---|---|---|
| Unit #1 | 1 | | 5 | 2 | 1/0 | None | 900 | 900 | 43017 |
| Unit #2 | 2 | | 6 | 3 | 1/0 | None | 925 | 925 | 41017 |
| Unit #3 | | | | | / | | | | |
| Unit #4 | | | | | / | | | | |

Age: **81-90 Years**
Type-Multi Unit: **2 Flat**
Style:
Const Opts:
General Info: **None**
Amenities: **Curbs/Gutters, Sidewalks, Street Lights, Street Paved**
Ext. Bldg. Type: **Aluminum Siding**
Lot Size: **Less Than .25 Acre**
Lot Desc: **Fenced Yard**
Roof: **Asphalt/Glass (Shingles)**
Foundation: **Concrete**
Exst Bas/Fnd:
Ext Prop Feats: **Storms/Screens**

Garage Ownership:
Garage On Site: **Yes**
Garage Type:
Garage Details:
Parking Ownership: **N/A**
Parking On Site: **Yes**
Parking Details:
Appliances/Features (1): **Stove, Refrigerator**
Appliances/Features (2): **Stove, Refrigerator**
Appliances/Features (3):
Appliances/Features (4):
Bath Amn:
Basement Details: **Unfinished**
Additional Rooms:

Tenant Pays (1): **Electric, Gas, Heat**
Tenant Pays (2): **Electric, Gas, Heat**
Tenant Pays (3):
Tenant Pays (4):
Water: **Lake Michigan, Public**
Sewer: **Sewer-Public, Sewer-Storm**
Heating: **Gas, Forced Air**
Equipment:
HERS Index Score:
Green Disc:
Green Rating Srce:
Green Feats:
Possession: **Closing**
Sale Terms:

Agent Remarks:    **48 hour notice required for showings. Will see first floor unit. Second floor unit can be seen on second showing. No interior photos per tenants' request. Tenants pay gas, electric and cable and salesperson to lawn care and snow removal.**

Internet Listing: **Yes**
VOW AVM: **No**
Listing Type: **Exclusive Right to Sell**
Coop Comp: **2.5%-$295 (on Net SP)**
Showing Inst: **Please call Showingtime at 855-746-9200 or click the Schedule a Showing icon below.**

Remarks on Internet?: **Yes**
VOW Comments/Reviews: **No**
Holds Earnest Money: **Yes**
Additional Sales Information: **None**
Cont. to Show?:

Addr on Internet?: **Yes**
Lock Box: **Metal Push Button**
Special Comp Info: **None**
Expiration Date:
Agent Notices:

Owner of Record
Broker: **Coldwell Banker Residential (3310)**
List Agent: **Sally Gerber Weiland, ABR,CRS (31014)**
Co-lister:

Ph #:
Ph #: **(847) 866-8200**

Ph #: **(847) 425-3781**

Ph #:

Agent Owned/Interest: **No**
Team:

Email: **sally.weiland@cbexchange.com**

More Agent Contact Info:

Copyright 2017 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

Prepared By: James J Frank | Keller Williams Preferred Rlty | Cell: (630) 212-8322 | Email: jfrankrealtor@gmail.com



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

**COMPARABLE LISTING 1**





| | | |
|---|---|---|
| | Completion Date | 08/09/2017 |
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## Comparable Listing 1 - Page 1 of 1



**Two to Four Units**
Status: **ACTV**
Area: **201**
Address: **1823 Darrow Ave , Evanston, Illinois 60201**

List Price:**$225,000**
Orig List Price:**$235,000**
List Dt Rec:**03/08/2017**   Sold Price:
Contingency
Flag:

Directions:**Dodge and Emerson E to Darrow, S to property.**
Sold by:
Closed:              Contract:              List. Mkt Time:**151**
Off Mkt:            Financing:             Concessions:
Year Built:**1914**      Blt Before 78:**Yes**    Contingency:
Dimensions:**33X170**                         County:**Cook**
Ownership:**Fee Simple**   Subdivision:           Model:
Corp Limits:**Evanston**   Township:**Evanston**   Parking:**Exterior Space(s)**
Coordinates:                                  # Spaces:**Ext:3**
Acreage:                  Total Units:**2**     Parking Incl.
                                              In Price:
Total Rooms:**6**         Total Baths:**2/0**    3 BR Unit:**No**
                          (Full/Half):
Total Bedrooms:**2**      Basement:**Full**      Zoning:**Multi-Family**
                                              Waterfront:**No**

Remarks:   **Two 1 bedroom apartments in this 2 flat held by long-time owner. 1st floor recently painted and vacant as of April 1. 2nd floor long time tenant rented MTM, tenant interested in staying. Both units in basic yet clean condition. Opportunity for investment or possible conversion to single family. Washer/Dryer and storage in basement. Electrical separately metered and upgraded to circuit breakers. New hot water heater and chimney. 3 cars side apron tandem parking. Large lot with room for garage (buildability not warranted, check with City Zoning). 4 hr notice for showings, 1st showings of 1st fl unit only.**

**School Data**                                              **Financial Info**
Elementary: **(65)**          Mult PINs:**No**        Total Rental Income:
Junior High: **(65)**                                  Net Operating Income:
High School: **(202)**        Tax Amount:**$3,855**     Gross Income:
Other:                       Tax Year: **2015**        Gross Expenses:
                             Exemptions:**None**        Other Income:
                             Special Assessments:**No**
                             Special Service Area:**No**

| | Floor Level | Sq. Ft. | Rooms | Bedrooms | Bathrooms | Master Bath | Sec Deposit | Rent | Lease Exp |
|---|---|---|---|---|---|---|---|---|---|
| Unit #1 | 1 | | 3 | 1 | 1/0 | | N/A | 850 | EMPTY |
| Unit #2 | 2 | | 3 | 1 | 1/0 | | 815 | 815 | MTM |
| Unit #3 | | | | | / | | | | |
| Unit #4 | | | | | / | | | | |

Age:**100+ Years**              Garage Ownership:            Tenant Pays (1):**Electric**
Type-Multi Unit:**2 Flat**      Garage On Site:              Tenant Pays (2):**Electric**
Style:**Farmhouse**             Garage Type:                 Tenant Pays (3):
Const Opts:                     Garage Details:              Tenant Pays (4):
General Info:**None**           Parking Ownership:**Owned**    Water:**Lake Michigan**
Amenities:                      Parking On Site:**Yes**        Sewer:**Sewer-Public**
Ext. Bldg. Type:**Aluminum Siding, Vinyl Siding, Frame**   Parking Details:**Off Street, Side Apron**   Heating:**Gas, Forced Air**
Lot Size:**Less Than .25 Acre**  Appliances/Features (1):**Stove, Refrigerator**   Equipment:
Lot Desc:                       Appliances/Features (2):**Stove, Refrigerator**   HERS Index Score:
Roof:**Asphalt/Glass (Shingles)**   Appliances/Features (3):       Green Disc:
Foundation:                     Appliances/Features (4):     Green Rating Srce:
Exst Bas/Fnd:                   Bath Amn:                    Green Feats:
Ext Prop Feats:                 Basement Details:**Unfinished**   Possession:**Tenant's Rights**
                                Additional Rooms:            Sale Terms:

Agent Remarks:   **Disclosures under add'l info**
Internet Listing:**Yes**                    Remarks on Internet?:**Yes**               Addr on Internet?:**Yes**
  VOW AVM:**No**                            VOW Comments/Reviews:**No**                 Lock Box:
Listing Type:**Exclusive Right to Sell**     Holds Earnest Money:**Yes**                 Special Comp Info:**None**
  Coop Comp:**2.5%~$295 (on Net SP)**        Additional Sales Information:**List Agent Must Accompany**   Expiration Date:
Showing Inst:**Showing Assist icon or call**  Cont. to Show?:                          Agent Notices:
  **1.855.746.9100. 4hr notice**
  **preferred. Lister**
  **accompanies.**
  Owner:**Betty J H Payne Trust**           Ph #:                                   Agent Owned/Interest:**No**
  Broker:**Baird & Warner (3110)**           Ph #:**(847) 491-1855**                   Team:
List Agent:**Gerry Gibbs (30841)**           Ph #:**(847) 905-5212**                   Email:**Gerry.Gibbs@BairdWarner.com**
  Co-lister:                                Ph #:                                   More Agent Contact Info:

Copyright 2017 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

Prepared By: James J Frank | Keller Williams Preferred Rlty | Cell: (630) 212-8322 | Email: jfrankrealtor@gmail.com



| | | Completion Date | 08/09/2017 |
| | | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

**COMPARABLE LISTING 2**



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## Comparable Listing 2 - Page 1 of 1

**Two to Four Units**
Status:**ACTV**
Area:**201**
Address:**1711 Dodge Ave , Evanston, Illinois 60201**

Directions:**Church Street to Dodge. North to 1711 Church Street**
Sold by:
Closed:
Off Mkt:
Year Built:**1899**
Dimensions:**30 X 125**
Ownership:**Fee Simple**
Corp Limits:**Evanston**
Coordinates:
Acreage:**0.06**

Total Rooms:**8**

Total Bedrooms:**5**

List Dt Rec:**01/21/2017**

Contract:
Financing:
Blt Before 78: **Yes**

Subdivision:
Township: **Evanston**

Total Units:**2**

Total Baths **2/0**
(Full/Half):
Basement: **None**

List Price:**$240,000**
Orig List Price:**$240,000**
Sold Price:
Contingency:
Flag:

List. Mkt Time: **197**
Concessions:
Contingency:
County:**Cook**
Model:
Parking:**Garage**
# Spaces:**Gar:2**
Parking Incl.
In Price:
3 BR Unit: **Yes**

Zoning:**Multi-Family**
Waterfront:**No**

Remarks:    Well maintained 2 flat on bus line and ETHS. Some renovation and an opportunity for you to get involved in updating the bathrooms. Tenant occupied and need 72 hours for showings. No exceptions please.

**School Data**
Elementary: **(65)**
Junior High: **(65)**
High School: **(202)**
Other:

Mult PINS:
Tax Amount:**$5,085.59**
Tax Year: **2015**
Exemptions:
Special Assessments: **Unknown**
Special Service Area:**No**

**Financial Info**
Total Rental Income:
Net Operating Income:
Gross Income:
Gross Expenses:
Other Income:

| | Floor Level | Sq. Ft. | Rooms | Bedrooms | Bathrooms | Master Bath | Sec Deposit | Rent | Lease Exp |
|---|---|---|---|---|---|---|---|---|---|
| Unit #1 | 1 | | 5 | 2 | 1/0 | | 0 | 0 | 0 |
| Unit #2 | 2 | | 5 | 3 | 1/0 | | 0 | 1100 | M2M |
| Unit #3 | | | | | / | | | | |
| Unit #4 | | | | | / | | | | |

Age:**100+ Years**
Type-Multi Unit:**2 Flat**
Style:
Const Opts:
General Info:**School Bus Service, Commuter Bus**
Amenities:
Ext. Bldg. Type:**Frame**
Lot Size:**Less Than .25 Acre**
Lot Desc:
Roof:
Foundation:
Exst Bas/Fnd:
Ext Prop Feats:

Garage Ownership:**N/A**
Garage On Site:**Yes**
Garage Type:**Detached**
Garage Details:
Parking Ownership:
Parking On Site:
Parking Details:
Appliances/Features (1):**Stove, Refrigerator**
Appliances/Features (2):**Stove, Refrigerator**
Appliances/Features (3):
Appliances/Features (4):
Bath Amn:
Basement Details:**None**
Additional Rooms:

Tenant Pays (1):**Electric, Heat**
Tenant Pays (2):**None**
Tenant Pays (3):
Tenant Pays (4):
Water:**Public**
Sewer:**Sewer-Public**
Heating:**Gas, Forced Air**
Equipment:
HERS Index Score:
Green Disc:
Green Rating Srce:
Green Feats:
Possession:**Closing**
Sale Terms:

Agent Remarks:    Located near the new Y.O.U. facilities, restaurants, local market, barber shops and beauty supply all community local businesses. Come and see for yourself. Owner motivated and will entertain any reasonable offers. MUST ALLOW 72 HOURS FOR SHOWINGS OF 2ND FLOOR. TENANT OCCUPIED.

Internet Listing: **Yes**
VOW AVM:**No**
Listing Type: **Exclusive Right to Sell**
Coop Comp:**2%-$295 (on Gross SP)**
Showing Inst: **72 hours call LA 847-269-7073**
Owner:**OOR**
Broker:**Realty Advisors Elite LLC (3913)**
List Agent:**Cherylette Hilton (38484)**
Co-lister:

Remarks on Internet?:**Yes**
VOW Comments/Reviews:**No**
Holds Earnest Money:**Yes**
Additional Sales Information:**None**
Cont. to Show?:

Ph #:
Ph #:**(847) 423-6644**

Ph #:**(847) 269-7073**

Ph #:

Addr on Internet?: **Yes**
Lock Box:
Special Comp Info:**None**
Expiration Date:
Agent Notices:

Agent Owned/Interest: **No**
Team:

Email:**cherylletteh@yahoo.com; cherylletteh@gmail.com**
More Agent Contact Info:

Copyright 2017 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

Prepared By: James J Frank | Keller Williams Preferred Rlty | Cell: (630) 212-8322 | Email: jfrankrealtor@gmail.com

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

**COMPARABLE LISTING 3**





| | | Completion Date | 08/09/2017 |
|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | WRIGHT |
| Street Address | 1715 Emerson St | | |
| City | Evanston | State | IL | Zip | 60201 |

## Comparable Listing 3 - Page 1 of 1



**Two to Four Units**
Status: **ACTV**
Area: **201**
Address: **1926 Asbury Ave , Evanston, Illinois 60201**

Directions: **BETWEEN EMERSON AND GREENBAY RD**

Sold by:
Closed:
Off Mkt:
Year Built: **1889**
Dimensions: **25 X 150**
Ownership: **Fee Simple**
Corp Limits: **Evanston**

Coordinates: **N:1900 W:1200**
Acreage: **0.08**

Total Rooms: **11**

Total Bedrooms: **6**

List Price: **$410,000**
Orig List Price: **$415,000**
Sold Price:
Contingency
Flag:

List Dt Rec: **10/07/2016**

Contract:
Financing:
Blt Before 78: **Yes**

Subdivision:
Township: **Evanston**

Total Units: **2**

Total Baths **2/0** (Full/Half):
Basement: **Full, Walkout**

List. Mkt Time: **303**
Concessions:
Contingency:
County: **Cook**
Model:
Parking: **Exterior Space(s)**
# Spaces: **Ext:2**
Parking Incl.
In Price:
3 BR Unit: **Yes**
Other Income:
Waterfront: **No**

**Remarks:** Fabulous investment property close to Northwestern University! Recently updated and restored large two unit home features recently refinished gleaming hardwood floors, fresh paint, newer carpet, newer high end windows, beautiful sun room and graceful arched thresholds on first floor with three bedrooms, lofted three bedroom unit on second floor! Also features newer roof, newer a/c, electric & plumbing brought up to code, new water heater in 2015, Centrally located and close to transportation, schools and all that Evanston has to offer! This home can be converted into a single family, or would be great investment with positive cash flow!

**School Data**
Elementary: **(65)**
Junior High: **(65)**
High School: **(65)**
Other:

Tax Amount: **$3,773.46**
Tax Year: **2015**
Exemptions: **Homeowner**
Special Assessments: **No**
Special Service Area: **No**

**Financial Info**
Total Rental Income: **36,000**
Net Operating Income: **$14,400**
Gross Income: **36,000**
Gross Expenses: **$21,600**

| | Floor Level | Sq Ft. | Rooms | Bedrooms | Bathrooms | Master Bath | Sec Deposit | Rent | Lease Exp |
|---|---|---|---|---|---|---|---|---|---|
| Unit #1 | 1 | | 6 | 3 | 1/0 | None | 1600 | 1600 | 09/17 |
| Unit #2 | 2 | | 5 | 3 | 1/0 | None | 1350 | 1350 | 03/18 |
| Unit #3 | | | | | / | | | | |
| Unit #4 | | | | | / | | | | |

Age: **100+ Years**
Type-Multi Unit: **2 Flat, 2 Story Unit/s**
Style: **Victorian**
Const Opts:
General Info: **None**
Amenities: **Curbs/Gutters, Sidewalks, Street Lights, Street Paved**
Ext. Bldg. Type: **Aluminum Siding, Vinyl Siding, Frame**
Lot Size: **Less Than .25 Acre**
Lot Desc:
Roof:
Foundation:
Exst Bas/Fnd:
Ext Prop Feats:

Garage Ownership:
Garage On Site:
Garage Type:
Garage Details:
Parking Ownership: **Owned**
Parking On Site: **Yes**
Parking Details:
Appliances/Features (1): **Stove, Refrigerator, Microwave**
Appliances/Features (2): **Stove, Refrigerator, Microwave**
Appliances/Features (3):
Appliances/Features (4):
Bath Amn:
Basement Details: **Unfinished**
Additional Rooms: **Sun/Florida Room**

Tenant Pays (1): **Electric**
Tenant Pays (2): **Electric**
Tenant Pays (3):
Tenant Pays (4):
Water: **Lake Michigan**
Sewer: **Sewer-Public**
Heating: **Gas**
Equipment:
HERS Index Score:
Green Disc:
Green Rating Srce:
Green Feats:
Possession: **Closing**
Sale Terms:

**Agent Remarks:** This property sides to two vacant lots. One side is a single lot and the other side is a double lot. Both are owned by the same person who may also be is interested in selling, making this a great potential property for developers looking to teardown and expand. Building does not have Washer/Dryer Hook Up currently, but may be possible to add to each individual unit-buyer would need to look into that further.

Internet Listing: **Yes**
VOW AVM: **Yes**
Listing Type: **Exclusive Right to Sell**
Coop Comp: **2.5% - $250 (on Net SP)**
Showing Inst: **48 hour Notice Required- Please use showing assist.**
Owner: **Owner Of Record**
Broker: **Charles Rutenberg Realty of IL (22029)**
List Agent: **Neveen Michael, CSC (233895)**
Co-lister:

Remarks on Internet?: **Yes**
VOW Comments/Reviews: **No**
Holds Earnest Money: **No**
Additional Sales Information: **None**

Cont. to Show?:

Ph #: **630-697-8664**
Ph #: **(630) 929-1100**

Ph #: **(630) 697-8664**

Ph #:

Addr on Internet?: **Yes**
Lock Box: **None**
Special Comp Info: **None**
Expiration Date:
Agent Notices:

Agent Owned/Interest: **No**
Team:

Email: **neveenmichael@gmail.com**

More Agent Contact Info:

Copyright 2017 MRED LLC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

Prepared By: James J Frank | Keller Williams Preferred Rlty | Cell: (630) 212-8322 | Email: jfrankrealtor@gmail.com



| | Completion Date | | 08/09/2017 | | |
|---|---|---|---|---|---|
| Inspection Type | Exterior | Borrower Name | | WRIGHT | |
| Street Address | 1715 Emerson St | | | | |
| City | Evanston | State | IL | Zip | 60201 |

## Single Line MLS - Page 1 of 1

| | MLS # | Stat | Street # | CP | Str Name | Sfx | Area | LP/SP | Tot # Units | BR1 | BR2 | BR3 | BR4 | PKN/# Spaces | # Parking Spaces |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | CLSD | 1728 | | Darrow | Ave | 201 | $147,300 | 2 | 1 | 2 | | | S | 2 |
| 2 | | CLSD | 2307 | | Foster | St | 201 | $152,000 | 2 | 2 | 2 | | | N | |
| 3 | | CLSD | 1818 | | Dodge | Ave | 201 | $190,000 | 2 | 2 | 2 | | | S | 2 |
| 4 | | CLSD | 1618 | | Darrow | Ave | 201 | $195,000 | 2 | 2 | 2 | | | G | |
| 5 | | CLSD | 2112 | | Foster | St | 201 | $220,000 | 2 | 2 | 3 | | | S | 2 |
| 6 | | ACTV | 1823 | | Darrow | Ave | 201 | $225,000 | 2 | 1 | 1 | | | S | 3 |
| 7 | | ACTV | 1711 | | Dodge | Ave | 201 | $240,000 | 2 | 2 | 3 | | | G | |
| 8 | | TEMP | 1715 | | Emerson | St | 201 | $250,000 | 2 | 2 | 2 | | | G,S | 2 |
| 9 | | CLSD | 1727 | | Lyons | St | 201 | $253,500 | 2 | 2 | 4 | | | N | |
| 10 | | CLSD | 2039 | | Brown | Ave | 201 | $280,000 | 2 | 3 | 2 | | | S | 2 |
| 11 | | RACT | 1821 | | Hovland | Ct | 201 | $300,000 | 2 | 4 | 4 | | | N | |
| 12 | | CLSD | 2111 | | Emerson | St | 201 | $315,900 (F) | 3 | 2 | 2 | 1 | | G | |
| 13 | | ACTV | 2040 | | Darrow | St | 201 | $359,900 | 2 | 2 | 2 | | | G | |
| 14 | | ACTV | 1926 | | Asbury | St | 201 | $410,000 | 2 | 3 | 3 | | | S | 2 |
| 15 | | NEW | 2111 | | Emerson | St | 201 | $425,000 | 3 | 3 | 2 | 1 | | G | |
| 16 | | NEW | 1826 | | Grant | St | 201 | $454,000 | 2 | 3 | 1 | | | S | 3 |
| 17 | | CLSD | 2110 | | Wesley | Ave | 201 | $475,000 | 2 | 3 | 3 | | | G | |
| 18 | | ACTV | 1834 | | Grant | St | 201 | $479,000 | 2 | 3 | 1 | | | S | 3 |
| 19 | | CLSD | 1937 | | Wesley | Ave | 201 | $497,500 | 3 | 3 | 3 | 2 | | G,S | 1 |
| 20 | | A/I | 1916 | | Noyes | St | 201 | $550,000 | 3 | 2 | 2 | 2 | | N | |
| 21 | | ACTV | 1827 | | Wesley | Ave | 201 | $724,900 | 3 | 2 | 3 | 1 | | S | |

Copyri    LC - The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals.

Prepared By: James J Frank | Keller Williams Preferred Rlty | Cell: (630) 212-8322 | Email: jfrankrealtor@gmail.com